IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 8:00-697 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH SILVESTRI | ) | <u>ORDER TO DISMISS</u> |

     The motion of the United States to dismiss the Indictment is granted, and it is hereby ordered and decreed that Indictment Number 8:00-697 against JOSEPH SILVESTRI is hereby dismissed without prejudice.

_____

G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

May 20, 2005
Anderson, South Carolina